# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　Defendant. | Case No.  1:24-cv-00244-KES-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 6) |

On March 20, 2024, the parties filed a stipulation to extend the time for Defendant to respond to the complaint from March 21, 2024 to April 19, 2024.  (ECF No. 6.)  The parties proffer the additional time will allow Defendant to complete an internal investigation and allow the parties to explore potential early settlement of the case.  (Id. at 2. )  The Court finds good cause to grant the parties' stipulated motion.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the deadline for Defendant to file a response to the complaint is extended to **April 19, 2024**.

IT IS SO ORDERED.

Dated:   **March 20, 2024**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE