# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARY, | Case No. 1:24-cv-00244-KES-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | (ECF No. 25) |
| Defendant. | **JULY 16, 2024 DEADLINE** |

This action was filed on February 27, 2024.  (ECF No. 1.)  On June 25, 2024, the parties filed a notice of settlement of the action.  (ECF No. 10.)  The parties proffer that they are in the process of completing the final settlement documents and expect to file a stipulation for dismissal with prejudice within the next sixty days.  The parties request that the Court vacate all pending deadlines and hearings.

Pursuant to Local Rule 160(b), the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  While the parties state they anticipate filing dispositional documents within sixty days, they present no specific showing of good cause for extending the time period set by the Local Rule.  Accordingly, the Court shall set a deadline of twenty-one days in accordance with the Local Rule.  However, the parties may request an extension through a stipulation demonstrating good cause for the needed extension.  In this regard, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance, but rather settlement of the action.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents on or before **July 16, 2024**.

IT IS SO ORDERED.

Dated:   **June 26, 2024**

UNITED STATES MAGISTRATE JUDGE